# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3685

_____

| | | |
|---|---|---|
| In re: Brett William Marino, | * | |
| | * | |
| Debtor, | * | |
| ----------- | * | |
| | * | Appeal from the United States |
| Brett William Marino, | * | Bankruptcy Appellate Panel |
| | * | for the Eighth Circuit. |
| Appellant, | * | |
| | * | [UNPUBLISHED] |
| v. | * | |
| | * | |
| Joe Seeley, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: December 7, 2011
Filed: December 8, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Brett Marino seeks to appeal from the Bankruptcy Appellate Panel's dismissal of his complaint against Joe Seeley. Having carefully reviewed the record, we find that Marino's notice of appeal, filed on November 26, 2010, was untimely, as it was filed more than 30 days after the Bankruptcy Appellate Panel entered judgment on October 25, 2010. See Fed. R. App. P. 4(a)(1)(A); Fed. R. App. P. 6(b)(1).

Accordingly, we dismiss the appeal.  <u>See</u> <u>Dieser v. Cont'l Cas. Co.</u>, 440 F.3d 920, 923 (8th Cir. 2006).

_____